**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.:  18-00118-KD |
| LAKENDRICK DESHUN WILLIAMS | : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count one of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **October 31, 2018 at 11:00 am**. in **Courtroom 4B of the United States Courthouse, 155 St. Joseph St**., Mobile, Alabama 36602.

**DONE and ORDERED** this the 17th day of August 2018.


s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE